UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JASON WELLS, )<br>      Plaintiff, )<br>)<br>-v- )<br>)<br>CHICAGO DIVERSIFIED FOODS )<br>CORPORATION & BORDER FOODS, INC., )<br>      Defendant. )<br>_____ ) | No. 1:17-cv-166<br><br>HONORABLE PAUL L. MALONEY |

### STIPULATED JUDGMENT

In accordance with the accompanying order approving the parties settlement agreement, and consistent with Fed. R. Civ. P. 58, a stipulated **JUDGMENT** hereby enters in favor of Plaintiff and against Defendant in the amount of Thirty Five Thousand and 00/100 ($35,000.00) Dollars, less all applicable withholdings. (*See* ECF No. 23.)

**IT IS SO ORDERED**.

Date:  July 20, 2017                    /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge

1